# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-11969-AMC

MICHAEL S. MILLS
JULIE L. MILLS
589 FERNWOOD LANE

FAIRLESS HILLS, PA 19030

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MICHAEL S. MILLS
    JULIE L. MILLS
    589 FERNWOOD LANE

    FAIRLESS HILLS, PA 19030

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

                                     /S/ William C. Miller

Date: 7/19/2016                                      _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee