MCDOWELL, POSTERNOCK, APELL & DETIRCK, P.C.
THOMAS G. EGNER, ESQUIRE
46 W. Main Street
Maple Shade, NJ 08052
(856) 482-5544
Attorney(s) for the Debtor

| | |
|---|---|
| In Re: | CHAPTER 13 |
| **Michael S. Mills and Julie L. Mills** | |
| Debtor(s) | CASE NO. 13-11969-amc |
| | SUBSTITUTION OF ATTORNEY |

Upon the request of Michael S. Mills and Julie L. Mills, ~~G. Cox~~ (the "Debtors"), John M. Kenney, Esquire is to be removed as Debtors' counsel in the above captioned matter and replaced by Thomas G. Egner, Esquire of the Law Firm of McDowell, Posternock, Apell and Detrick, PC.

/s/ Thomas G. Egner
**Thomas G. Egner, Esq.**
**Superseding Attorney**

_____  e/3/16
**John M. Kenney, Esq.**
**Withdrawing Attorney**

Dated: 8/2/2016