Thomas G. Egner, Esq.
McDowell Posternock Apell & Detrick, P.C.
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
tegner@MPADLaw.com
*Attorneys for Debtors*

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In the Matter of:** | Case No.: 13-11969-amc |
| **Michael S. Mills and Julie L. Mills** | |
| Debtor | |

### PRAECIPE TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE

TO THE CLERK OF THE BANKRUPTCY COURT:

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below:

1. The debtors are no longer able to comply with their Chapter 13 plan and do not desire to modify the plan.

2. On 8/15/2016, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

3. This case has not been previously converted.

**WHEREFORE**, the debtor, under Bankruptcy Rules 1017(d) and 9013, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11, United States Bankruptcy Code.

APPROVED:  /s/ Michael S.. Mills   /s/ Julie L. Mills
                      Michael S. Mills         Julie L. Mills


McDOWELL, POSTERNOCK, APELL & DETRICK, P.C.


/s/ Thomas G. Egner
Thomas G. Egner ESQ.
Dated: August 15, 2016