```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 13-11969-amc
Michael S. Mills                                                    Chapter 7
Julie L. Mills
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa                Page 1 of 2             Date Rcvd: Sep 02, 2016
                              Form ID: 309A             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db/jdb         +Michael S. Mills,    Julie L. Mills,    589 Fernwood Lane,    Fairless Hills, PA 19030-3813
12987811       +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13033923       +Bank of America, N.A.,    c/o Kimberly A. Bonner, Esq.,    Zucker, Goldberg & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
13003031       +Department Stores National Bank/American Express,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12987823       +Kia Mtr Fin,   Po Box 20815,    Fountain Valley, CA 92728-0815
12987826       +Nationwide Credit Inc.,    P.O Box 26314,    Lehigh Valley, PA 18002-6314
13077065      +++Portfolio Investments II LLC,    PO Box 12931,    Norfolk, VA 23541-0931
12987829        Security Credit Services,    C/O Nudelman, Klemm &Golub PC,    425 Eagle Road Ste 403,
                 Roseland, NJ 07068-1717
13307951        eCAST Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tegner@mpadlaw.com Sep 03 2016 01:50:36     THOMAS EGNER,
                 McDowell Posternock Apell & Detrick, PC,    46 West Main Street,    Maple Shade, NJ 08046
tr             +EDI: BBBFINKEL.COM Sep 03 2016 01:33:00     BONNIE B. FINKEL,    Bonnie B. Finkel,
                 P.O. Box 1710,    Cherry Hill, NJ 08034-0091
smg             E-mail/Text: bankruptcy@phila.gov Sep 03 2016 01:52:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2016 01:51:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 03 2016 01:51:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 03 2016 01:51:27     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
13001686       +EDI: ACCE.COM Sep 03 2016 01:33:00     Asset Acceptance LLC,    P.O. Box 2036,
                 Warren MI 48090-2036
12987812       +EDI: BANKAMER2.COM Sep 03 2016 01:33:00     Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
12987813       +EDI: BANKAMER.COM Sep 03 2016 01:33:00     Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
12987814        E-mail/Text: cms-bk@cms-collect.com Sep 03 2016 01:50:43     Capital Management Services LP,
                 P.O. Box 120,    Buffalo, NY 14220-0120
13106255        EDI: BL-BECKET.COM Sep 03 2016 01:33:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13016272       +EDI: BASSASSOC.COM Sep 03 2016 01:33:00     Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12987815       +EDI: CITICORP.COM Sep 03 2016 01:33:00     Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
13002060       +EDI: TSYS2.COM Sep 03 2016 01:33:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
13000638        EDI: DISCOVER.COM Sep 03 2016 01:33:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
12987816       +EDI: DISCOVER.COM Sep 03 2016 01:33:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
12987817       +EDI: TSYS2.COM Sep 03 2016 01:33:00     Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
12987818        EDI: FMAALLIANCE.COM Sep 03 2016 01:33:00     FMA Alliance LTD,    P.O. Box 2409,
                 Houston, TX 77252-2409
12987819       +EDI: FORD.COM Sep 03 2016 01:33:00     Frd Motor Cr,   Po Box Box 542000,
                 Omaha, NE 68154-8000
12987820       +EDI: RMSC.COM Sep 03 2016 01:33:00     Gecrb/jcp,   Po Box 981402,    El Paso, TX 79998-1402
12987821       +EDI: RMSC.COM Sep 03 2016 01:33:00     Gecrb/sams Club Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
12987822       +EDI: HFC.COM Sep 03 2016 01:33:00     Hsbc/boscov,   Po Box 4274,    Reading, PA 19606-0674
13043008       +EDI: OPHSUBSID.COM Sep 03 2016 01:33:00     KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13076716       +EDI: FORD.COM Sep 03 2016 01:33:00     Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
12987824       +EDI: CBSKOHLS.COM Sep 03 2016 01:33:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
12987825       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Sep 03 2016 01:51:29     Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
13093407        EDI: PRA.COM Sep 03 2016 01:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13012970        EDI: Q3G.COM Sep 03 2016 01:33:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13647958        EDI: Q3G.COM Sep 03 2016 01:33:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
12996964        EDI: RECOVERYCORP.COM Sep 03 2016 01:33:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                  Date Rcvd: Sep 02, 2016
                               Form ID: 309A               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12987827       +EDI: RMSC.COM Sep 03 2016 01:33:00      Sam's Club/GEMB,    P.O. Box 530942,
                Atlanta, GA 30353-0942
12987828       +EDI: SEARS.COM Sep 03 2016 01:33:00      Sears/cbna,    8725 W. Sahara Ave,
                The Lakes, NV 89163-0001
13064962       +E-mail/Text: bncmail@w-legal.com Sep 03 2016 01:51:34      TD BANK USA, N.A.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12987830       +EDI: WTRRNBANK.COM Sep 03 2016 01:33:00      Target National Bank,    P.O. Box 660170,
                Dallas, TX 75266-0170
12987832       +EDI: WFNNB.COM Sep 03 2016 01:33:00      WFNNB - American Signature Furniture,    P.O. Box 182125,
                Columbus, OH 43218-2125
12987831       +EDI: WFFC.COM Sep 03 2016 01:33:00      Wells Fargo Bank,    Po Box 14517,
                Des Moines, IA 50306-3517
                                                                                              TOTAL: 36

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              THOMAS    EGNER    on behalf of Joint Debtor Julie L. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS    EGNER    on behalf of Debtor Michael S. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 8
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Michael S. Mills | Social Security number or ITIN | xxx–xx–8232 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Julie L. Mills | Social Security number or ITIN | xxx–xx–8063 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 3/5/13 |
| Case number: | 13–11969–amc | Date case converted to chapter 7 | 9/1/16 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael S. Mills | Julie L. Mills |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 589 Fernwood Lane<br>Fairless Hills, PA 19030 | 589 Fernwood Lane<br>Fairless Hills, PA 19030 |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS EGNER<br>McDowell Posternock Apell & Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08046 | Contact phone 856 482 5544<br>Email: tegner@mpadlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | BONNIE B. FINKEL<br>Bonnie B. Finkel<br>P.O. Box 1710<br>Cherry Hill, NJ 08034 | Contact phone 856–216–1278<br>Email: finkeltrustee@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Michael S. Mills** and **Julie L. Mills**      Case number **13–11969–amc**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> <br><br> Contact phone (215)408–2800 <br><br> Date: 9/2/16 |
| **7.** **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2016 at 12:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8.** **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/26/16** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**