Certificate Number: 15111-PAE-DE-028157368

Bankruptcy Case Number: 13-11969



15111-PAE-DE-028157368

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 4, 2016</u>, at <u>9:46</u> o'clock <u>AM EDT</u>, <u>Julia L. Mills</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 4, 2016</u>          By:    <u>/s/Tiffany Windish for Ryan McDonough</u>

                                       Name:  <u>Ryan McDonough</u>

                                       Title: <u>Executive Director of Education</u>