16-1639

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael S. Mills<br>Julie L. Mills<br>                 Debtor(s) | Chapter 7 Proceeding<br><br>Case No.  13-11969 AMC |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC in the above captioned matter.

                          POWERS KIRN & ASSOCIATES, LLC

                          By: **/s/ Jill Manuel-Coughlin, Esquire**
                          Attorney ID# 63252
                          Eight Neshaminy Interplex, Suite 215
                          Trevose, PA 19053
                          Telephone: 215-942-2090