# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael S. Mills and Julie L. Mills <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 13-11969 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2540

                                   Respectfully submitted,

                                   **<u>/s/Thomas Puleo, Esquire</u>**
                                   Thomas Puleo, Esquire
                                   Brian C. Nicholas, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 825-6306  FAX (215) 825-6406