**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Michael S. Mills<br>Julie L. Mills<br>                         Debtor(s)<br><br>BANK OF AMERICA, N.A., C/O PENNYMAC<br>LOAN SERVICES, LLC<br>                         Movant<br>v.<br><br>Michael S. Mills<br>Julie L. Mills<br> and<br>Bonnie B. Finkel, Esquire<br>                         Respondents | 13-11969 AMC<br><br>Chapter 7 Proceeding<br><br>Related to Document #78&79:<br><br>Hearing Date: 01/09/2017 at 11:00am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on December 19, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **01/03/2017**.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                   Respectfully submitted,
                                                   POWERS KIRN &ASSOCIATES, LLC

                       By:   /s/ Jill Manuel-Coughlin, Esquire
                                    By: Jill Manuel-Coughlin
                                    Attorney ID #     63252
                                    Eight Neshaminy Interplex, Suite 215
                                    Trevose, PA 19053
                                    Telephone: 215-942-2090
                                    Facsimile: 215-942-8661
                                    E-mail: Jill@pkjllc.com
                                    Attorney for Movant
                                    DATED: January 4, 2017

16-1639

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael S. Mills<br>Julie L. Mills<br>                              Debtor(s)<br><br>BANK OF AMERICA, N.A., C/O PENNYMAC LOAN SERVICES, LLC<br>                              Movant<br>v.<br>Michael S. Mills<br>Julie L. Mills<br> and<br>Bonnie B. Finkel, Esquire<br>                              Respondents | 13-11969 AMC<br><br>Chapter 7 Proceeding<br><br>Hearing Date:  01/09/2017 at 11:00am |

## CERTIFICATION OF SERVICE AND NOTICE

     JILL MANUEL-COUGHLIN, counsel BANK OF AMERICA, N.A., C/O PENNYMAC LOAN SERVICES, LLC, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on January 4, 2017:

### *Served Electronically*:

| | |
|---|---|
| Thomas Egner, Esquire<br>46 West Main Street<br> Maple Shade, NJ  08046<br>Attorney for Debtor(s) | Bonnie B. Finkel, Esquire<br>P.O. Box 1710<br>Cherry Hill NJ  08034-0091<br>Trustee |

### *Served Via 1st Class Mail:*

POWERS KIRN & ASSOCIATES, LLC

By: /s/ Jill Manuel-Coughlin, Esquire
By:  Jill Manuel-Coughlin
Attorney ID #     63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkjllc.com
Attorney for Movant