United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-11969-amc
Michael S. Mills                                                Chapter 7
Julie L. Mills
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1           Date Rcvd: Jan 11, 2017
                              Form ID: pdf900           Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
```
db/jdb         +Michael S. Mills,    Julie L. Mills,    589 Fernwood Lane,    Fairless Hills, PA 19030-3813
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
cr              eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:51:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2017 01:52:06     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Jan 12 2017 01:51:20     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:46:21     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/Text: bnc-quantum@quantum3group.com Jan 12 2017 01:51:32
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
cr             +E-mail/Text: bnc@bass-associates.com Jan 12 2017 01:51:20     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
           LLC jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
          THOMAS  EGNER    on behalf of Joint Debtor Julie L. Mills tegner@mpadlaw.com,
           kgresh@mpadlaw.com;htherrien@mpadlaw.com
          THOMAS  EGNER    on behalf of Debtor Michael S. Mills tegner@mpadlaw.com,
           kgresh@mpadlaw.com;htherrien@mpadlaw.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 11
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael S. Mills<br>Julie L. Mills<br>　　　　　Debtors | 13-11969 AMC<br><br>Chapter 7 Proceeding |
| BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC<br>　　　　　Movant<br>v.<br>Michael S. Mills<br>Julie L. Mills<br> and<br>Bonnie B. Finkel, Esquire　　Respondents | |

### ORDER

AND NOW, this 10th day of Jan, 2017, it is hereby ORDERED that the Automatic Stay be modified to permit, BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to exercise its rights under its loan documents with regard to the property located at 589 Fernwood Lane, Fairless Hills, PA 19030 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC shall have the continuing authority to contact the Debtors directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Thomas Egner, Esquire
Attorney for Debtors

Michael S. Mills
Julie L. Mills
Debtors

Bonnie B. Finkel, Esquire
Trustee