United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 13-11969-amc
Michael S. Mills                                                    Chapter 7
Julie L. Mills
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Stacey              Page 1 of 2           Date Rcvd: Feb 16, 2017
                            Form ID: 318              Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
```
db/jdb         +Michael S. Mills,    Julie L. Mills,    589 Fernwood Lane,    Fairless Hills, PA 19030-3813
12987811       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13033923       +Bank of America, N.A.,     c/o Kimberly A. Bonner, Esq.,     Zucker, Goldberg & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
13003031       +Department Stores National Bank/American Express,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12987818        FMA Alliance LTD,     P.O. Box 2409,    Houston, TX 77252-2409
12987823       +Kia Mtr Fin,    Po Box 20815,    Fountain Valley, CA 92728-0815
12987826       +Nationwide Credit Inc.,     P.O Box 26314,    Lehigh Valley, PA 18002-6314
13797917        PennyMac Loan Services, LLC,     P.O.Box 30597, Los Angeles, CA 90030-059
13077065      +++Portfolio Investments II LLC,     PO Box 12931,    Norfolk, VA 23541-0931
12987829       +Security Credit Services,     C/O Nudelman, Klemm &Golub PC,    425 Eagle Road Ste 403,
                 Roseland, NJ 07068-1717
13307951        eCAST Settlement Corporation,     PO BOX 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 17 2017 01:48:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2017 01:48:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2017 01:48:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13001686       +EDI: ACCE.COM Feb 17 2017 01:33:00      Asset Acceptance LLC,    P.O. Box 2036,
                 Warren MI 48090-2036
12987812       +EDI: BANKAMER2.COM Feb 17 2017 01:33:00      Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
12987813       +EDI: BANKAMER.COM Feb 17 2017 01:33:00      Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
12987814        E-mail/Text: cms-bk@cms-collect.com Feb 17 2017 01:48:27      Capital Management Services LP,
                 P.O. Box 120,    Buffalo, NY 14220-0120
13106255        EDI: BL-BECKET.COM Feb 17 2017 01:33:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13016272       +EDI: BASSASSOC.COM Feb 17 2017 01:33:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12987815       +EDI: CITICORP.COM Feb 17 2017 01:33:00      Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13002060       +EDI: TSYS2.COM Feb 17 2017 01:33:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13000638        EDI: DISCOVER.COM Feb 17 2017 01:33:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
12987816       +EDI: DISCOVER.COM Feb 17 2017 01:33:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
12987817       +EDI: TSYS2.COM Feb 17 2017 01:33:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12987819       +EDI: FORD.COM Feb 17 2017 01:33:00      Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
12987820       +EDI: RMSC.COM Feb 17 2017 01:33:00      Gecrb/jcp,    Po Box 981402,    El Paso, TX 79998-1402
12987821       +EDI: RMSC.COM Feb 17 2017 01:33:00      Gecrb/sams Club Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
12987822       +EDI: HFC.COM Feb 17 2017 01:33:00      Hsbc/boscov,    Po Box 4274,    Reading, PA 19606-0674
13043008       +EDI: OPHSUBSID.COM Feb 17 2017 01:33:00      KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13076716       +EDI: FORD.COM Feb 17 2017 01:33:00      Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
12987824       +EDI: CBSKOHLS.COM Feb 17 2017 01:33:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
12987825       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Feb 17 2017 01:48:37      Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
13093407        EDI: PRA.COM Feb 17 2017 01:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13012970        EDI: Q3G.COM Feb 17 2017 01:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13647958        EDI: Q3G.COM Feb 17 2017 01:33:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
12996964        EDI: RECOVERYCORP.COM Feb 17 2017 01:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12987827       +EDI: RMSC.COM Feb 17 2017 01:33:00      Sam’s Club/GEMB,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
12987828       +EDI: SEARS.COM Feb 17 2017 01:33:00      Sears/cbna,    8725 W. Sahara Ave,
                 The Lakes, NV 89163-0001
13064962       +E-mail/Text: bncmail@w-legal.com Feb 17 2017 01:48:40      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Feb 16, 2017
                              Form ID: 318              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12987830       +EDI: WTRRNBANK.COM Feb 17 2017 01:33:00      Target National Bank,    P.O. Box 660170,
                 Dallas, TX 75266-0170
12987832       +EDI: WFNNB.COM Feb 17 2017 01:33:00      WFNNB - American Signature Furniture,    P.O. Box 182125,
                 Columbus, OH 43218-2125
12987831       +EDI: WFFC.COM Feb 17 2017 01:33:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 32
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
               LLC jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              THOMAS  EGNER    on behalf of Joint Debtor Julie L. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS  EGNER    on behalf of Debtor Michael S. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 11
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael S. Mills** | Social Security number or ITIN | **xxx−xx−8232** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julie L. Mills** | Social Security number or ITIN | **xxx−xx−8063** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **13−11969−amc**

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael S. Mills                                                    Julie L. Mills

2/16/17                                          **By the court:**   <u>Ashely M. Chan</u>
                                                                                  United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                      **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                  **Order of Discharge**                  page 2