United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 13-11969-amc
Michael S. Mills                                                                 Chapter 7
Julie L. Mills
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1            Date Rcvd: Mar 02, 2017
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.
db/jdb         +Michael S. Mills,   Julie L. Mills,   589 Fernwood Lane,   Fairless Hills, PA 19030-3813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
               LLC jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              THOMAS  EGNER    on behalf of Debtor Michael S. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS   EGNER    on behalf of Joint Debtor Julie L. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Michael S. Mills and Julie L. Mills : Case No. 13−11969−amc

    Debtor(s)

***ORDER***
_____

AND NOW, this day , March 2, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

87
Form 195