United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11969-amc
Michael S. Mills                                                        Chapter 7
Julie L. Mills
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Mar 24, 2017
                              Form ID: 139             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
```
db/jdb         +Michael S. Mills,    Julie L. Mills,    589 Fernwood Lane,    Fairless Hills, PA 19030-3813
cr             +Recovery Management Systems Corp,    PO Box 12931,   Norfolk, VA 23541-0931
12987811       +Amex Dsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13033923       +Bank of America, N.A.,    c/o Kimberly A. Bonner, Esq.,    Zucker, Goldberg & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
13003031       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12987818        FMA Alliance LTD,    P.O. Box 2409,   Houston, TX 77252-2409
12987823       +Kia Mtr Fin,    Po Box 20815,   Fountain Valley, CA 92728-0815
12987826       +Nationwide Credit Inc.,    P.O Box 26314,   Lehigh Valley, PA 18002-6314
13797917        PennyMac Loan Services, LLC,    P.O.Box 30597, Los Angeles, CA 90030-059
13077065      +++Portfolio Investments II LLC,    PO Box 12931,   Norfolk, VA 23541-0931
12987829        Security Credit Services,    C/O Nudelman, Klemm &Golub PC,    425 Eagle Road Ste 403,
                 Roseland, NJ   07068-1717
13307951        eCAST Settlement Corporation,    PO BOX 28136,   New York, NY 10087-8136
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 25 2017 02:12:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2017 02:11:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2017 02:12:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +EDI: BASSASSOC.COM Mar 25 2017 01:59:00     Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              EDI: RMSC.COM Mar 25 2017 01:58:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +EDI: BASSASSOC.COM Mar 25 2017 01:59:00     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13001686       +EDI: ACCE.COM Mar 25 2017 01:58:00     Asset Acceptance LLC,    P.O. Box 2036,
                 Warren MI 48090-2036
12987812       +EDI: BANKAMER2.COM Mar 25 2017 01:58:00     Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
12987813       +EDI: BANKAMER.COM Mar 25 2017 01:58:00     Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
12987814        E-mail/Text: cms-bk@cms-collect.com Mar 25 2017 02:11:19     Capital Management Services LP,
                 P.O. Box 120,    Buffalo, NY  14220-0120
13106255        EDI: BL-BECKET.COM Mar 25 2017 01:58:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13016272       +EDI: BASSASSOC.COM Mar 25 2017 01:59:00     Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12987815       +EDI: CITICORP.COM Mar 25 2017 01:58:00     Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
13002060       +EDI: TSYS2.COM Mar 25 2017 01:58:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,    Mason, OH 45040-8053
13000638        EDI: DISCOVER.COM Mar 25 2017 01:58:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
12987816       +EDI: DISCOVER.COM Mar 25 2017 01:58:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
12987817       +EDI: TSYS2.COM Mar 25 2017 01:58:00     Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12987819       +EDI: FORD.COM Mar 25 2017 01:58:00     Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
12987820       +EDI: RMSC.COM Mar 25 2017 01:58:00     Gecrb/jcp,    Po Box 981402,    El Paso, TX 79998-1402
12987821       +EDI: RMSC.COM Mar 25 2017 01:58:00     Gecrb/sams Club Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
12987822       +EDI: HFC.COM Mar 25 2017 01:58:00     Hsbc/boscov,    Po Box 4274,   Reading, PA 19606-0674
13043008       +EDI: OPHSUBSID.COM Mar 25 2017 01:58:00     KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13076716       +EDI: FORD.COM Mar 25 2017 01:58:00     Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
12987824       +EDI: CBSKOHLS.COM Mar 25 2017 01:58:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
12987825       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Mar 25 2017 02:12:12     Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
13093407        EDI: PRA.COM Mar 25 2017 01:58:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13012970        EDI: Q3G.COM Mar 25 2017 01:59:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13647958        EDI: Q3G.COM Mar 25 2017 01:59:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                    Date Rcvd: Mar 24, 2017
                              Form ID: 139                Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12996964        EDI: RECOVERYCORP.COM Mar 25 2017 01:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12987827       +EDI: RMSC.COM Mar 25 2017 01:58:00      Sam's Club/GEMB,   P.O. Box 530942,
                 Atlanta, GA 30353-0942
12987828       +EDI: SEARS.COM Mar 25 2017 01:58:00      Sears/cbna,   8725 W. Sahara Ave,
                 The Lakes, NV 89163-0001
13064962       +E-mail/Text: bncmail@w-legal.com Mar 25 2017 02:12:18       TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12987830       +EDI: WTRRNBANK.COM Mar 25 2017 01:58:00      Target National Bank,   P.O. Box 660170,
                 Dallas, TX 75266-0170
12987832       +EDI: WFNNB.COM Mar 25 2017 01:58:00      WFNNB - American Signature Furniture,   P.O. Box 182125,
                 Columbus, OH 43218-2125
12987831       +EDI: WFFC.COM Mar 25 2017 01:58:00      Wells Fargo Bank,   Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 35

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
cr*            eCast Settlement Corporation,   PO Box 28136,   New York, NY  10087-8136
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bank of America, N.A., c/o PennyMac Loan Services,
               LLC jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor   BANK OF AMERICA, N.A. amps@manleydeas.com
              THOMAS  EGNER    on behalf of Joint Debtor Julie L. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS  EGNER    on behalf of Debtor Michael S. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Michael S. Mills and Julie L. Mills
589 Fernwood Lane
Fairless Hills, PA 19030

Debtor(s)                                                                 Case No: 13−11969−amc

                                                                          Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−8232
xxx−xx−8063

---

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 6/25/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankrutpcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 3/24/17

                                                                                    89
                                                                                    Form 139