UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re
:          Chapter 7
Michael S. Mills
Julie L. Mills

    Debtor(s)          :          Bankruptcy No. 13-11969AMC

ORDER

AND NOW, it appearing that the Trustee's Report of No Distribution has not been filed, it is hereby

ORDERED that the Order Approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered on March 2, 2017, is VACATED.

**Date: April 4, 2017**

DATED:                                          Ashely M. Chan, Judge