United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-11969-amc
Michael S. Mills
Julie L. Mills                                                      Chapter 7
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 2              Date Rcvd: Apr 04, 2017
                             Form ID: pdf900           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
```
db/jdb         +Michael S. Mills,    Julie L. Mills,    589 Fernwood Lane,    Fairless Hills, PA 19030-3813
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
12987811       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12987813       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13033923       +Bank of America, N.A.,    c/o Kimberly A. Bonner, Esq.,    Zucker, Goldberg & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
13106255        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12987815       +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13003031       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13002060       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12987817       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12987818        FMA Alliance LTD,    P.O. Box 2409,    Houston, TX  77252-2409
12987819       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
12987822       +Hsbc/boscov,    Po Box 4274,    Reading, PA 19606-0674
13076716       +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
12987823       +Kia Mtr Fin,    Po Box 20815,    Fountain Valley, CA 92728-0815
12987826       +Nationwide Credit Inc.,    P.O Box 26314,    Lehigh Valley, PA 18002-6314
13797917        PennyMac Loan Services, LLC,    P.O.Box 30597, Los Angeles, CA 90030-059
13077065      +++Portfolio Investments II LLC,    PO Box 12931,    Norfolk, VA 23541-0931
12987828       +Sears/cbna,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
12987829        Security Credit Services,    C/O Nudelman, Klemm &Golub PC,    425 Eagle Road Ste 403,
                 Roseland, NJ  07068-1717
12987830       +Target National Bank,    P.O. Box 660170,    Dallas, TX 75266-0170
12987832       +WFNNB - American Signature Furniture,    P.O. Box 182125,    Columbus, OH 43218-2125
12987831       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
13307951        eCAST Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 05 2017 02:01:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2017 02:01:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2017 02:01:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Apr 05 2017 02:01:29     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:02:57     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Apr 05 2017 02:01:29     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13001686       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 05 2017 02:01:46     Asset Acceptance LLC,
                 P.O. Box 2036,    Warren MI 48090-2036
12987814        E-mail/Text: cms-bk@cms-collect.com Apr 05 2017 02:01:34     Capital Management Services LP,
                 P.O. Box 120,    Buffalo, NY  14220-0120
13016272       +E-mail/Text: bnc@bass-associates.com Apr 05 2017 02:01:28     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13000638        E-mail/Text: mrdiscen@discover.com Apr 05 2017 02:01:29     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12987816       +E-mail/Text: mrdiscen@discover.com Apr 05 2017 02:01:29     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12987820       +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:03:08     Gecrb/jcp,    Po Box 981402,
                 El Paso, TX 79998-1402
12987821       +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:03:08     Gecrb/sams Club Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
13043008       +E-mail/Text: bncmail@w-legal.com Apr 05 2017 02:01:52     KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12987824       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 05 2017 02:01:31     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12987825       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Apr 05 2017 02:01:48     Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
13093407        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2017 02:03:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13012970        E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2017 02:01:36
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13647958        E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2017 02:01:36
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Apr 04, 2017
                              Form ID: pdf900           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12996964         E-mail/PDF: rmscedi@recoverycorp.com Apr 05 2017 02:02:57
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
12987827        +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:03:20      Sam's Club/GEMB,
                  P.O. Box 530942,    Atlanta, GA 30353-0942
13064962        +E-mail/Text: bncmail@w-legal.com Apr 05 2017 02:01:51      TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
cr*             eCast Settlement Corporation,    PO Box 28136,   New York, NY  10087-8136
12987812       ##+Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
                                                                                         TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
               LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              THOMAS  EGNER    on behalf of Joint Debtor Julie L. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS  EGNER    on behalf of Debtor Michael S. Mills tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                              :          Chapter 7

Michael S. Mills
Julie L. Mills

    Debtor(s)                                      :          Bankruptcy No. 13-11969AMC


ORDER

    AND NOW, it appearing that the Trustee's Report of No Distribution has not been filed, it is hereby

    ORDERED that the Order Approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered on March 2, 2017, is VACATED.

**Date: April 4, 2017**

DATED:                                                            Ashely M. Chan, Judge